**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RUFUS ENGLISH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 05-0312-WS-B** |
| | ) | |
| **CSA EQUIPMENT COMPANY LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

In accordance with the Order entered on this date, granting defendant's Motion for Summary Judgment (doc. 45), it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 21st day of August, 2006.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE